IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:13CR191 |
| vs. | ) | |
| | ) | ORDER |
| STEVEN FRY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue [31] and defendant's Reply to Government's Motion to Continue [32]. After careful consideration of the motion and the reply, the court will deny the motion to continue.

**IT IS ORDERED** that defendant's Motion to Continue Trial [31] is denied. Trial shall commence on November 5, 2013 at 1:30 p.m. as previously scheduled.

A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **the close of business on November 1, 2013.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED November 1, 2013.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**